1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| In re DMCA Subpoena to<br><br>Bluesky Social, PBC, d.b.a. Bluesky Social, Bluesky, PBC, Bluesky, and Bluesky, PBLLC. | NO. 2:25-mc-00027<br><br>**Declaration of Hirotaka Fujiwara**<br><br>NOTE ON MOTION CALENDAR:<br>MAY _14_, 2025 |

I, HIROTAKA FUKIWARA, state, declare and testify as follows under penalty of perjury:

1.      I am an attorney duly licensed to practice law in Japan.  I represent Mai Yamane ("Yamane") in connection with the above-entitled proceeding and as such, I am authorized and qualified to make this declaration for and on her behalf, and I make this declaration for that reason.

2.      I have personal knowledge of each matter stated herein.

3.      I have submitted the notifications of claimed infringement to Bluesky Social, PBC, d.b.a. Bluesky Social, Bluesky, PBC, Bluesky, and Bluesky, PBLLC ("Bluesky Social") in accordance with 17 U.S.C. § 512(c)(3).  True and correct copies of the notifications are attached hereto as **Exhibit 1**.  There is a separate notification document for each alleged infringer listing his or her screen name.

DECLARATION OF HIROTAKA FUJIWARA - 1

4.      Mai Yamane is seeking a subpoena pursuant to 17 U.S.C. § 512(h) to Bluesky Social to obtain information sufficient to identify the persons infringing her copyrighted works. Bluesky Social is located in downtown Seattle, Washington on Post Alley.

5.      The purpose for which this subpoena is sought is to obtain the identity of the alleged infringers.  This information will only be used for the purpose of protecting rights under the Copyright Act (17 U.S.C. § 101, et seq.).

I declare under penalty of perjury under the laws of Washington state that the foregoing is true and correct.

Executed on _8th of May_, 2025., in _Tokyo_.

_Hirotaka Fujiwara_
Hirotaka Fujiwara

DECLARATION OF HIROTAKA FUJIWARA - 2

LAW OFFICES
**SMYTH & MASON, PLLC**
1000 SECOND AVE.
SUITE 3340
SEATTLE, WASHINGTON  98104
(206) 621-7100

# Exhibit 1 to Declaration

**Subject:** Copyright Request Bluesky
**From:** Google フォーム <forms-receipts-noreply@google.com>
**Date:** 2025/03/17 10:53
**To:** MGG00175@nifty.com

# Google Forms

「Copyright Request Bluesky」にご記入いただきありがとうございます

フォームの回答

回答を編集

# Copyright Request Bluesky

If your copyrighted work was posted to Bluesky without your authorization, you can submit a copyright removal request to request that the content be removed. Submitting a copyright request is a legal process.

Your contact information is required as part of a valid copyright notice, and your information may be shared with the person making the claim. We will attempt to keep your information confidential unless requested as part of a legal process.

If you have any concerns, or issues, please email ip@blueskyweb.xyz

メールアドレス *

MGG00175@nifty.com

**Content requested for removal**

Request Date *

YYYY    MM    DD

2025  /  03  /  17

Content requested for removal (Bluesky URLs) *

https://bsky.app/profile/yjusenpai810.bsky.social/post/3lha36357g22y

## Infringing Account

yjusenpai810.bsky.social

## Please describe how this content infringes on your copyrighted work *

The claimant published illustrations she created on BlueSky using their unique ID, uniuni2325.bsky.social (handle: うにおひさま @uniuni2325.bsky.social). However, the infringer (ID: yjusenpai810.bsky.social) has unlawfully reproduced the claimant's illustrations without permission. The infringer misappropriated the illustrations by using them as their own BlueSky background image or by attaching them to their own posts on BlueSky. As a result, the infringer has violated the claimant's copyright on six illustrations, and we request their removal. Details are provided in the attached Excel file.
The six unauthorized reproductions by the infringer took place on February 3, 2025.
The claimant's illustrations were originally posted between October 31, 2024, and January 26, 2025.

## Details of Content

## Copyright Owner *

My company, organization, or client ▾

## Type of copyrighted work *

○ Text

◉ Image/Photo

○ Video

○ Other

## Description of Copyrighted work *

Detailed written description of your copyrighted work, a description is required for each individual item you are requesting a copyright action for.

Each illustration was created by the claimant using their personal computer at home and was first published when posted on BlueSky. The copyright for each illustration belongs to the claimant.

Published links to original content showing ownership

The locations（URL）of the claimant's copyrighted illustrations (their posts on BlueSky) are listed in the Excel file, corresponding to the infringing materials.    https://bsky.app/profile/uniuni2325.bsky.social/post/3lgkj2qcli22e

Documentation that shows your copyright ownership (doc, pdf, image)

送信済みファイル

 画像1-1 - hirotaka fujiwara.png

**Your personal information**
This information is legally required to process a copyright complaint

Your name *

HIROTAKA FUJIWARA

Your Bluesky handle

no

Phone number *

81+335978702

Country *



Japan

**Street Address** *

2-3-22   toraomon

**City** *

minato

**State or Province**

tokyo

**Zip Code**

105-0001

**Legal requirements** *

☑ The information in this notice is accurate, and I may be liable for any damages including costs and attorney fees if I make a misrepresentation of infringement

☑ I have a good faith belief that the use of the copyrighted information is not authorized by the copyright owner, agent, or law

☑ I understand that abuse of this tool, such as submitting removal requests for content I do not own, may result in termination of my Bluesky Account

**Signature** *

Please electronically sign by typing your full legal name here:

Hirotaka　Fujiwara

独自の Google フォームを作成

Does this form look suspicious? レポート

**Subject:** Copyright Request Bluesky
**From:** Google フォーム <forms-receipts-noreply@google.com>
**Date:** 2025/03/17 10:59
**To:** MGG00175@nifty.com

# Google Forms

「Copyright Request Bluesky」にご記入いただきありがとうございます

フォームの回答

回答を編集

# Copyright Request Bluesky

If your copyrighted work was posted to Bluesky without your authorization, you can submit a copyright removal request to request that the content be removed. Submitting a copyright request is a legal process.

Your contact information is required as part of a valid copyright notice, and your information may be shared with the person making the claim. We will attempt to keep your information confidential unless requested as part of a legal process.

If you have any concerns, or issues, please email ip@blueskyweb.xyz

メールアドレス *

MGG00175@nifty.com

**Content requested for removal**

Request Date *

YYYY    MM    DD
2025  /  03  /  17

Content requested for removal (Bluesky URLs) *

https://bsky.app/profile/yjusenpai810.bsky.social/post/3lha3juqrak2y

## Infringing Account

yjusenpai810.bsky.social

## Please describe how this content infringes on your copyrighted work *

The claimant published illustrations they created on BlueSky using their unique ID, uniuni2325.bsky.social (handle: うにおひさま @uniuni2325.bsky.social). However, the infringer (ID: yjusenpai810.bsky.social) has unlawfully reproduced the claimant's illustrations without permission. The infringer misappropriated the illustrations by using them as their own BlueSky background image or by attaching them to their own posts on BlueSky. As a result, the infringer has violated the claimant's copyright on six illustrations, and we request their removal.

## **Details of Content**

## Copyright Owner *

My company, organization, or client  ▼

## Type of copyrighted work *

○ Text

◉ Image/Photo

○ Video

○ Other

## Description of Copyrighted work *

Detailed written description of your copyrighted work, a description is required for each individual item you are requesting a copyright action for.

Each illustration was created by the claimant using their personal computer at home and was first published when posted on BlueSky. The copyright for each illustration belongs to the claimant.

Published links to original content showing ownership

https://bsky.app/profile/uniuni2325.bsky.social/post/3leqvm3kbe223

Documentation that shows your copyright ownership (doc, pdf, image)

送信済みファイル

 画像1-2 - hirotaka fujiwara.png

**Your personal information**
This information is legally required to process a copyright complaint

Your name *

HIROTAKA FUJIWARA

Your Bluesky handle

no

Phone number *

81+335978702

Country *

Japan

Street Address *

2-3-22   toraomon

City *

minatoku

State or Province

tokyo

Zip Code

105-0001

**Legal requirements** *

☑ The information in this notice is accurate, and I may be liable for any damages including costs and attorney fees if I make a misrepresentation of infringement

☑ I have a good faith belief that the use of the copyrighted information is not authorized by the copyright owner, agent, or law

☑ I understand that abuse of this tool, such as submitting removal requests for content I do not own, may result in termination of my Bluesky Account

**Signature** *

Please electronically sign by typing your full legal name here:

Hirotaka   Fujiwara

独自の Google フォームを作成

Does this form look suspicious? <u>レポート</u>

**Subject:** Copyright Request Bluesky
**From:** Google フォーム <forms-receipts-noreply@google.com>
**Date:** 2025/03/17 13:44
**To:** MGG00175@nifty.com

**Google** Forms

「Copyright Request Bluesky」にご記入いただきありがとうございます

フォームの回答

回答を編集

# Copyright Request Bluesky

If your copyrighted work was posted to Bluesky without your authorization, you can submit a copyright removal request to request that the content be removed. Submitting a copyright request is a legal process.

Your contact information is required as part of a valid copyright notice, and your information may be shared with the person making the claim. We will attempt to keep your information confidential unless requested as part of a legal process.

If you have any concerns, or issues, please email ip@blueskyweb.xyz

メールアドレス *

MGG00175@nifty.com

**Content requested for removal**

Request Date *

YYYY      MM      DD

2025  /  03  /  17

Content requested for removal (Bluesky URLs) *

https://bsky.app/profile/yjusenpai810.bsky.social/post/3lha3v2iyyk2y

Infringing Account

yjusenpai810.bsky.social

Please describe how this content infringes on your copyrighted work *

The claimant published illustrations they created on BlueSky using their unique ID, uniuni2325.bsky.social (handle: うにおひさま @uniuni2325.bsky.social). However, the infringer (ID: yjusenpai810.bsky.social) has unlawfully reproduced the claimant's illustrations without permission. The infringer misappropriated the illustrations by using them as their own BlueSky background image or by attaching them to their own posts on BlueSky. As a result, the infringer has violated the claimant's copyright on six illustrations, and we request their removal.

**Details of Content**

Copyright Owner *

My company, organization, or client    ▾

Type of copyrighted work *

○   Text

◉   Image/Photo

○   Video

○   Other

## Description of Copyrighted work *

Detailed written description of your copyrighted work, a description is required for each individual item you are requesting a copyright action for.

Each illustration was created by the claimant using their personal computer at home and was first published when posted on BlueSky. The copyright for each illustration belongs to the claimant.

## Published links to original content showing ownership

https://bsky.app/profile/uniuni2325.bsky.social/post/3leqvm3kbe223

## Documentation that shows your copyright ownership (doc, pdf, image)

送信済みファイル

 画像1-3 - hirotaka fujiwara.png

## Your personal information
This information is legally required to process a copyright complaint

## Your name *

HIROTAKA FUJIWARA

## Your Bluesky handle

no

## Phone number *

81+335978702

## Country *



Japan ▾

**Street Address** *

2-3-22   toraomon

**City** *

minatoku

**State or Province**

tokyo

**Zip Code**

105-0001

**Legal requirements** *

☑  The information in this notice is accurate, and I may be liable for any damages including costs and attorney fees if I make a misrepresentation of infringement

☑  I have a good faith belief that the use of the copyrighted information is not authorized by the copyright owner, agent, or law

☑  I understand that abuse of this tool, such as submitting removal requests for content I do not own, may result in termination of my Bluesky Account

**Signature** *

Please electronically sign by typing your full legal name here:

Hirotaka   Fujiwara

独自の Google フォームを作成

Does this form look suspicious? レポート

**Subject:** Copyright Request Bluesky
**From:** Google フォーム <forms-receipts-noreply@google.com>
**Date:** 2025/03/17 13:48
**To:** MGG00175@nifty.com

# Google Forms

「Copyright Request Bluesky」にご記入いただきありがとうございます

フォームの回答

回答を編集

## Copyright Request Bluesky

If your copyrighted work was posted to Bluesky without your authorization, you can submit a copyright removal request to request that the content be removed. Submitting a copyright request is a legal process.

Your contact information is required as part of a valid copyright notice, and your information may be shared with the person making the claim. We will attempt to keep your information confidential unless requested as part of a legal process.

If you have any concerns, or issues, please email ip@blueskyweb.xyz

メールアドレス *

MGG00175@nifty.com

**Content requested for removal**

Request Date *

YYYY    MM    DD

2025  /  03  /  17

Content requested for removal (Bluesky URLs) *

https://bsky.app/profile/yjusenpai810.bsky.social/post/3lha4mhc6sk2y

## Infringing Account

yjusenpai810.bsky.social

## Please describe how this content infringes on your copyrighted work *

The claimant published illustrations they created on BlueSky using their unique ID, uniuni2325.bsky.social (handle: うにおひさま @uniuni2325.bsky.social). However, the infringer (ID: yjusenpai810.bsky.social) has unlawfully reproduced the claimant's illustrations without permission. The infringer misappropriated the illustrations by using them as their own BlueSky background image or by attaching them to their own posts on BlueSky. As a result, the infringer has violated the claimant's copyright on six illustrations, and we request their removal.

## Details of Content

## Copyright Owner *

My company, organization, or client    ▼

## Type of copyrighted work *

○  Text

◉  Image/Photo

○  Video

○  Other

## Description of Copyrighted work *

Detailed written description of your copyrighted work, a description is required for each individual item you are requesting a copyright action for.

Each illustration was created by the claimant using their personal computer at home and was first published when posted on BlueSky. The copyright for each illustration belongs to the claimant.

## Published links to original content showing ownership

https://bsky.app/profile/uniuni2325.bsky.social/post/3lb25mxvgts2w

## Documentation that shows your copyright ownership (doc, pdf, image)

送信済みファイル

 画像1-4 - hirotaka fujiwara.png

## Your personal information

This information is legally required to process a copyright complaint

## Your name *

Hirotaka   Fujiwara

## Your Bluesky handle

no

## Phone number *

81+335978702

## Country *



Japan

**Street Address** *

2-3-22   toranomon

**City** *

minatoku

**State or Province**

tokyo

**Zip Code**

105-0001

**Legal requirements** *

☑ The information in this notice is accurate, and I may be liable for any damages including costs and attorney fees if I make a misrepresentation of infringement

☑ I have a good faith belief that the use of the copyrighted information is not authorized by the copyright owner, agent, or law

☑ I understand that abuse of this tool, such as submitting removal requests for content I do not own, may result in termination of my Bluesky Account

2025/04/03 10:13

**Signature** *

Please electronically sign by typing your full legal name here:

Hirotaka   Fujiwara

独自の Google フォームを作成

Does this form look suspicious? レポート

**Subject:** Copyright Request Bluesky
**From:** Google フォーム <forms-receipts-noreply@google.com>
**Date:** 2025/03/17 13:52
**To:** MGG00175@nifty.com

## Google Forms

「Copyright Request Bluesky」にご記入いただきありがとうございます

フォームの回答

回答を編集

# Copyright Request Bluesky

If your copyrighted work was posted to Bluesky without your authorization, you can submit a copyright removal request to request that the content be removed. Submitting a copyright request is a legal process.

Your contact information is required as part of a valid copyright notice, and your information may be shared with the person making the claim. We will attempt to keep your information confidential unless requested as part of a legal process.

If you have any concerns, or issues, please email ip@blueskyweb.xyz

メールアドレス *

MGG00175@nifty.com

**Content requested for removal**

Request Date *

YYYY    MM    DD

2025 / 03 / 17

Content requested for removal (Bluesky URLs) *

https://bsky.app/profile/yjusenpai810.bsky.social/post/3lha4mhc6sk2y

## Infringing Account

yjusenpai810.bsky.social

## Please describe how this content infringes on your copyrighted work *

The claimant published illustrations they created on BlueSky using their unique ID, uniuni2325.bsky.social (handle: うにおひさま @uniuni2325.bsky.social). However, the infringer (ID: yjusenpai810.bsky.social) has unlawfully reproduced the claimant's illustrations without permission. The infringer misappropriated the illustrations by using them as their own BlueSky background image or by attaching them to their own posts on BlueSky. As a result, the infringer has violated the claimant's copyright on six illustrations, and we request their removal.

## **Details of Content**

## Copyright Owner *

My company, organization, or client    ⌄

## Type of copyrighted work *

○  Text

◉  Image/Photo

○  Video

○  Other

## Description of Copyrighted work *

Detailed written description of your copyrighted work, a description is required for each individual item you are requesting a copyright action for.

Each illustration was created by the claimant using their personal computer at home and was first published when posted on BlueSky. The copyright for each illustration belongs to the claimant.

## Published links to original content showing ownership

https://bsky.app/profile/uniuni2325.bsky.social/post/3lb25mxvgts2w

## Documentation that shows your copyright ownership (doc, pdf, image)

送信済みファイル

 画像1-5 - hirotaka fujiwara.png

## Your personal information

This information is legally required to process a copyright complaint

## Your name *

Hirotaka   Fujiwara

## Your Bluesky handle

no

## Phone number *

81+335978702

## Country *



Japan

**Street Address** *

2-3-22   toranomon

**City** *

minatoku

**State or Province**

Tokyo

**Zip Code**

105-0001

**Legal requirements** *

☑ The information in this notice is accurate, and I may be liable for any damages including costs and attorney fees if I make a misrepresentation of infringement

☑ I have a good faith belief that the use of the copyrighted information is not authorized by the copyright owner, agent, or law

☑ I understand that abuse of this tool, such as submitting removal requests for content I do not own, may result in termination of my Bluesky Account

**Signature** *

Please electronically sign by typing your full legal name here:

Hirotaka    Fujiwara

独自の Google フォームを作成

Does this form look suspicious? レポート

**Subject:** Copyright Request Bluesky
**From:** Google フォーム <forms-receipts-noreply@google.com>
**Date:** 2025/03/17 13:58
**To:** MGG00175@nifty.com

# Google Forms

「Copyright Request Bluesky」にご記入いただきありがとうございます

フォームの回答

回答を編集

# Copyright Request Bluesky

If your copyrighted work was posted to Bluesky without your authorization, you can submit a copyright removal request to request that the content be removed. Submitting a copyright request is a legal process.

Your contact information is required as part of a valid copyright notice, and your information may be shared with the person making the claim. We will attempt to keep your information confidential unless requested as part of a legal process.

If you have any concerns, or issues, please email ip@blueskyweb.xyz

メールアドレス *

MGG00175@nifty.com

**Content requested for removal**

Request Date *

YYYY    MM    DD
2025  /  03  /  17

Content requested for removal (Bluesky URLs) *

https://bsky.app/profile/yjusenpai810.bsky.social/post/3lha5pmips22n

## Infringing Account

yjusenpai810.bsky.social

## Please describe how this content infringes on your copyrighted work *

The claimant published illustrations they created on BlueSky using their unique ID, uniuni2325.bsky.social (handle: うにおひさま @uniuni2325.bsky.social). However, the infringer (ID: yjusenpai810.bsky.social) has unlawfully reproduced the claimant's illustrations without permission. The infringer misappropriated the illustrations by using them as their own BlueSky background image or by attaching them to their own posts on BlueSky. As a result, the infringer has violated the claimant's copyright on six illustrations, and we request their removal.

## **Details of Content**

## Copyright Owner *

My company, organization, or client ▾

## Type of copyrighted work *

○ Text

◉ Image/Photo

○ Video

○ Other

## Description of Copyrighted work *

Detailed written description of your copyrighted work, a description is required for each individual item you are requesting a copyright action for.

Each illustration was created by the claimant using their personal computer at home and was first published when posted on BlueSky. The copyright for each illustration belongs to the claimant.

## Published links to original content showing ownership

https://bsky.app/profile/uniuni2325.bsky.social/post/3lgnlatsk5k2w

## Documentation that shows your copyright ownership (doc, pdf, image)

送信済みファイル

 画像1-6 - hirotaka fujiwara.png

## Your personal information

This information is legally required to process a copyright complaint

## Your name *

Hirotaka   Fujiwara

## Your Bluesky handle

no

## Phone number *

81+335978702

## Country *



Japan

**Street Address** *

2-3-22    Toranomon

**City** *

Minatoku

**State or Province**

Tokyo

**Zip Code**

105-0001

**Legal requirements** *

☑ The information in this notice is accurate, and I may be liable for any damages including costs and attorney fees if I make a misrepresentation of infringement

☑ I have a good faith belief that the use of the copyrighted information is not authorized by the copyright owner, agent, or law

☑ I understand that abuse of this tool, such as submitting removal requests for content I do not own, may result in termination of my Bluesky Account

### Signature *

Please electronically sign by typing your full legal name here:

Hirotaka　Fujiwara

---

独自の Google フォームを作成

Does this form look suspicious? レポート

**Subject:** Copyright Request Bluesky
**From:** Google フォーム <forms-receipts-noreply@google.com>
**Date:** 2025/03/17 14:06
**To:** MGG00175@nifty.com

Google Forms

---

「Copyright Request Bluesky」にご記入いただきありがとうございます

フォームの回答

　回答を編集

---

# Copyright Request Bluesky

If your copyrighted work was posted to Bluesky without your authorization, you can submit a copyright removal request to request that the content be removed. Submitting a copyright request is a legal process.

Your contact information is required as part of a valid copyright notice, and your information may be shared with the person making the claim. We will attempt to keep your information confidential unless requested as part of a legal process.

If you have any concerns, or issues, please email ip@blueskyweb.xyz

---

メールアドレス *

MGG00175@nifty.com

---

**Content requested for removal**

---

Request Date *

YYYY　　MM　　DD

2025　/　03　/　17

---

Content requested for removal (Bluesky URLs) *

https://bsky.app/profile/ikisuginaaaaa1919.bsky.social/post/3lhfqpf44yk2e

## Infringing Account

ikisuginaaaaa1919.bsky.social

## Please describe how this content infringes on your copyrighted work *

The claimant published illustrations they created on BlueSky using their unique ID, uniuni2325.bsky.social (handle: うにおひさま @uniuni2325.bsky.social). However, the infringer (ID: ikisuginaaaaa1919.bsky.social) has unlawfully reproduced the claimant's illustrations without permission. The infringer misappropriated the illustrations by using them as their own BlueSky background image or by attaching them to their own posts on BlueSky. As a result, the infringer has violated the claimant's copyright on six illustrations, and we request their removal.

## **Details of Content**

## Copyright Owner *

My company, organization, or client    ▼

## Type of copyrighted work *

○ Text

◉ Image/Photo

○ Video

○ Other

## Description of Copyrighted work *

Detailed written description of your copyrighted work, a description is required for each individual item you are requesting a copyright action for.

Each illustration was created by the claimant using their personal computer at home and was first published when posted on BlueSky. The copyright for each illustration belongs to the claimant.

## Published links to original content showing ownership

https://bsky.app/profile/uniuni2325.bsky.social/post/3lhff76k4bc2v

## Documentation that shows your copyright ownership (doc, pdf, image)

送信済みファイル

 画像2-1 - hirotaka fujiwara.png

## Your personal information

This information is legally required to process a copyright complaint

## Your name *

Hirotaka   Fujiwara

## Your Bluesky handle

No

## Phone number *

81+335978702

## Country *



Japan

**Street Address** *

2-3-22   toranomon

**City** *

Minatoku

**State or Province**

Tokyo

**Zip Code**

105-0001

**Legal requirements** *

☑ The information in this notice is accurate, and I may be liable for any damages including costs and attorney fees if I make a misrepresentation of infringement

☑ I have a good faith belief that the use of the copyrighted information is not authorized by the copyright owner, agent, or law

☑ I understand that abuse of this tool, such as submitting removal requests for content I do not own, may result in termination of my Bluesky Account

**Signature** *

Please electronically sign by typing your full legal name here:

Hirotaka   Fujiwara

独自の Google フォームを作成

Does this form look suspicious? レポート

**Subject:** Copyright Request Bluesky
**From:** Google フォーム <forms-receipts-noreply@google.com>
**Date:** 2025/03/17 14:10
**To:** MGG00175@nifty.com

# Google Forms

「Copyright Request Bluesky」にご記入いただきありがとうございます

フォームの回答

回答を編集

# Copyright Request Bluesky

If your copyrighted work was posted to Bluesky without your authorization, you can submit a copyright removal request to request that the content be removed. Submitting a copyright request is a legal process.

Your contact information is required as part of a valid copyright notice, and your information may be shared with the person making the claim. We will attempt to keep your information confidential unless requested as part of a legal process.

If you have any concerns, or issues, please email ip@blueskyweb.xyz

メールアドレス *

MGG00175@nifty.com

**Content requested for removal**

Request Date *

YYYY    MM    DD
2025  /  03  /  17

Content requested for removal (Bluesky URLs) *

https://bsky.app/profile/ikisuginaaaaa1919.bsky.social/post/3lhfyuekwhc2e

## Infringing Account

ikisuginaaaaa1919.bsky.social

## Please describe how this content infringes on your copyrighted work *

The claimant published illustrations they created on BlueSky using their unique ID, uniuni2325.bsky.social (handle: うにおひさま @uniuni2325.bsky.social). However, the infringer (ID: ikisuginaaaaa1919.bsky.social) has unlawfully reproduced the claimant's illustrations without permission. The infringer misappropriated the illustrations by using them as their own BlueSky background image or by attaching them to their own posts on BlueSky. As a result, the infringer has violated the claimant's copyright on six illustrations, and we request their removal.

## **Details of Content**

## Copyright Owner *

My company, organization, or client    ▾

## Type of copyrighted work *

○  Text

◉  Image/Photo

○  Video

○  Other

## Description of Copyrighted work *

Detailed written description of your copyrighted work, a description is required for each individual item you are requesting a copyright action for.

Each illustration was created by the claimant using their personal computer at home and was first published when posted on BlueSky. The copyright for each illustration belongs to the claimant.

## Published links to original content showing ownership

https://bsky.app/profile/uniuni2325.bsky.social/post/3lgnlatsk5k2w

## Documentation that shows your copyright ownership (doc, pdf, image)

送信済みファイル

 画像2-2 - hirotaka fujiwara.png

## Your personal information

This information is legally required to process a copyright complaint

## Your name *

Hirotaka   Fujiwara

## Your Bluesky handle

no

## Phone number *

81+335978702

## Country *



Japan

**Street Address** *

2-3-22    toranomon

**City** *

Minatoku

**State or Province**

Tokyo

**Zip Code**

105-0001

**Legal requirements** *

☑ The information in this notice is accurate, and I may be liable for any damages including costs and attorney fees if I make a misrepresentation of infringement

☑ I have a good faith belief that the use of the copyrighted information is not authorized by the copyright owner, agent, or law

☑ I understand that abuse of this tool, such as submitting removal requests for content I do not own, may result in termination of my Bluesky Account

**Signature** *

Please electronically sign by typing your full legal name here:

Hirotaka　Fujiwara

独自の Google フォームを作成

Does this form look suspicious? レポート

**Subject:** Copyright Request Bluesky
**From:** Google フォーム <forms-receipts-noreply@google.com>
**Date:** 2025/03/17 14:13
**To:** MGG00175@nifty.com

# Google Forms

「Copyright Request Bluesky」にご記入いただきありがとうございます

フォームの回答

回答を編集

# Copyright Request Bluesky

If your copyrighted work was posted to Bluesky without your authorization, you can submit a copyright removal request to request that the content be removed. Submitting a copyright request is a legal process.

Your contact information is required as part of a valid copyright notice, and your information may be shared with the person making the claim. We will attempt to keep your information confidential unless requested as part of a legal process.

If you have any concerns, or issues, please email ip@blueskyweb.xyz

メールアドレス *

MGG00175@nifty.com

**Content requested for removal**

Request Date *

YYYY    MM    DD
2025 / 03 / 17

Content requested for removal (Bluesky URLs) *

https://bsky.app/profile/ikisuginaaaaa1919.bsky.social/post/3lhg3fuj2ok27

## Infringing Account

ikisuginaaaaa1919.bsky.social

## Please describe how this content infringes on your copyrighted work *

The claimant published illustrations they created on BlueSky using their unique ID, uniuni2325.bsky.social (handle: うにおひさま @uniuni2325.bsky.social). However, the infringer (ID: ikisuginaaaaa1919.bsky.social) has unlawfully reproduced the claimant's illustrations without permission. The infringer misappropriated the illustrations by using them as their own BlueSky background image or by attaching them to their own posts on BlueSky. As a result, the infringer has violated the claimant's copyright on six illustrations, and we request their removal.

## Details of Content

## Copyright Owner *

My company, organization, or client ▾

## Type of copyrighted work *

○ Text

◉ Image/Photo

○ Video

○ Other

## Description of Copyrighted work *

Detailed written description of your copyrighted work, a description is required for each individual item you are requesting a copyright action for.

Each illustration was created by the claimant using their personal computer at home and was first published when posted on BlueSky. The copyright for each illustration belongs to the claimant.

## Published links to original content showing ownership

https://bsky.app/profile/uniuni2325.bsky.social/post/3lfbdjrz73k2p

## Documentation that shows your copyright ownership (doc, pdf, image)

送信済みファイル

 画像2-3 - hirotaka fujiwara.png

## **Your personal information**
This information is legally required to process a copyright complaint

## Your name *

Hirotaka   Fujiwara

## Your Bluesky handle

No

## Phone number *

81+335978702

## Country *



Japan

**Street Address** *

2-3-22   toranomon

**City** *

Minatoku

**State or Province**

Tokyo

**Zip Code**

105-0001

**Legal requirements** *

☑ The information in this notice is accurate, and I may be liable for any damages including costs and attorney fees if I make a misrepresentation of infringement

☑ I have a good faith belief that the use of the copyrighted information is not authorized by the copyright owner, agent, or law

☑ I understand that abuse of this tool, such as submitting removal requests for content I do not own, may result in termination of my Bluesky Account

**Signature** *

Please electronically sign by typing your full legal name here:

Hirotaka   Fujiwara

独自の Google フォームを作成

Does this form look suspicious? レポート

**Subject:** Copyright Request Bluesky
**From:** Google フォーム <forms-receipts-noreply@google.com>
**Date:** 2025/03/17 14:16
**To:** MGG00175@nifty.com

# Google Forms

「Copyright Request Bluesky」にご記入いただきありがとうございます

フォームの回答

回答を編集

# Copyright Request Bluesky

If your copyrighted work was posted to Bluesky without your authorization, you can submit a copyright removal request to request that the content be removed. Submitting a copyright request is a legal process.

Your contact information is required as part of a valid copyright notice, and your information may be shared with the person making the claim. We will attempt to keep your information confidential unless requested as part of a legal process.

If you have any concerns, or issues, please email ip@blueskyweb.xyz

メールアドレス *

MGG00175@nifty.com

**Content requested for removal**

Request Date *

YYYY    MM    DD
2025 / 03 / 17

Content requested for removal (Bluesky URLs) *

https://bsky.app/profile/ikisuginaaaaa1919.bsky.social/post/3lhixyipxbs2f

## Infringing Account

ikisuginaaaaa1919.bsky.social

## Please describe how this content infringes on your copyrighted work *

The claimant published illustrations they created on BlueSky using their unique ID, uniuni2325.bsky.social (handle: うにおひさま @uniuni2325.bsky.social). However, the infringer (ID: ikisuginaaaaa1919.bsky.social) has unlawfully reproduced the claimant's illustrations without permission. The infringer misappropriated the illustrations by using them as their own BlueSky background image or by attaching them to their own posts on BlueSky. As a result, the infringer has violated the claimant's copyright on six illustrations, and we request their removal.

## **Details of Content**

## Copyright Owner *

My company, organization, or client    ▾

## Type of copyrighted work *

◯  Text

⦿  Image/Photo

◯  Video

◯  Other

## Description of Copyrighted work *

Detailed written description of your copyrighted work, a description is required for each individual item you are requesting a copyright action for.

Each illustration was created by the claimant using their personal computer at home and was first published when posted on BlueSky. The copyright for each illustration belongs to the claimant.

## Published links to original content showing ownership

https://bsky.app/profile/uniuni2325.bsky.social/post/3l7stvo6iln2k

## Documentation that shows your copyright ownership (doc, pdf, image)

送信済みファイル

 画像2-4 - hirotaka fujiwara.png

## Your personal information
This information is legally required to process a copyright complaint

## Your name *

Hirotaka   Fujiwara

## Your Bluesky handle

No

## Phone number *

81+335978702

## Country *



Japan

**Street Address** *

2-3-22   toranomon

**City** *

Minatoku

**State or Province**

Tokyo

**Zip Code**

105-0001

**Legal requirements** *

☑ The information in this notice is accurate, and I may be liable for any damages including costs and attorney fees if I make a misrepresentation of infringement

☑ I have a good faith belief that the use of the copyrighted information is not authorized by the copyright owner, agent, or law

☑ I understand that abuse of this tool, such as submitting removal requests for content I do not own, may result in termination of my Bluesky Account

**Signature** *

Please electronically sign by typing your full legal name here:

Hirotaka   Fujiwara

独自の Google フォームを作成

Does this form look suspicious? レポート

**Subject:** Copyright Request Bluesky
**From:** Google フォーム <forms-receipts-noreply@google.com>
**Date:** 2025/03/17 14:19
**To:** MGG00175@nifty.com

# Google Forms

「Copyright Request Bluesky」にご記入いただきありがとうございます

フォームの回答

回答を編集

# Copyright Request Bluesky

If your copyrighted work was posted to Bluesky without your authorization, you can submit a copyright removal request to request that the content be removed. Submitting a copyright request is a legal process.

Your contact information is required as part of a valid copyright notice, and your information may be shared with the person making the claim. We will attempt to keep your information confidential unless requested as part of a legal process.

If you have any concerns, or issues, please email ip@blueskyweb.xyz

メールアドレス *

MGG00175@nifty.com

**Content requested for removal**

Request Date *

YYYY    MM    DD

2025 / 03 / 17

Content requested for removal (Bluesky URLs) *

https://bsky.app/profile/ikisuginaaaaa1919.bsky.social/post/3lhiyv3j7gc25

## Infringing Account

ikisuginaaaaa1919.bsky.social

## Please describe how this content infringes on your copyrighted work *

The claimant published illustrations they created on BlueSky using their unique ID, uniuni2325.bsky.social (handle: うにおひさま @uniuni2325.bsky.social). However, the infringer (ID: ikisuginaaaaa1919.bsky.social) has unlawfully reproduced the claimant's illustrations without permission. The infringer misappropriated the illustrations by using them as their own BlueSky background image or by attaching them to their own posts on BlueSky. As a result, the infringer has violated the claimant's copyright on six illustrations, and we request their removal.

## Details of Content

## Copyright Owner *

My company, organization, or client    ▼

## Type of copyrighted work *

○  Text

◉  Image/Photo

○  Video

○  Other

## Description of Copyrighted work *

Detailed written description of your copyrighted work, a description is required for each individual item you are requesting a copyright action for.

Each illustration was created by the claimant using their personal computer at home and was first published when posted on BlueSky. The copyright for each illustration belongs to the claimant.

## Published links to original content showing ownership

https://bsky.app/profile/uniuni2325.bsky.social/post/3lgkj2qcli22e

## Documentation that shows your copyright ownership (doc, pdf, image)

送信済みファイル

 画像2-5 - hirotaka fujiwara.png

## Your personal information

This information is legally required to process a copyright complaint

## Your name *

Hirotaka    Fujiwara

## Your Bluesky handle

No

## Phone number *

81+335978702

## Country *



Japan

**Street Address** *

2-3-22   toranomon

**City** *

Minatoku

**State or Province**

Tokyo

**Zip Code**

105-0001

**Legal requirements** *

☑ The information in this notice is accurate, and I may be liable for any damages including costs and attorney fees if I make a misrepresentation of infringement

☑ I have a good faith belief that the use of the copyrighted information is not authorized by the copyright owner, agent, or law

☑ I understand that abuse of this tool, such as submitting removal requests for content I do not own, may result in termination of my Bluesky Account

**Signature** *

Please electronically sign by typing your full legal name here:

Hirotaka   Fujiwara

独自の Google フォームを作成

Does this form look suspicious? レポート

**Subject:** Copyright Request Bluesky
**From:** Google フォーム <forms-receipts-noreply@google.com>
**Date:** 2025/03/17 14:23
**To:** MGG00175@nifty.com

Google フォーム

「Copyright Request Bluesky」にご記入いただきありがとうございます

フォームの回答

回答を編集

# Copyright Request Bluesky

If your copyrighted work was posted to Bluesky without your authorization, you can submit a copyright removal request to request that the content be removed. Submitting a copyright request is a legal process.

Your contact information is required as part of a valid copyright notice, and your information may be shared with the person making the claim. We will attempt to keep your information confidential unless requested as part of a legal process.

If you have any concerns, or issues, please email ip@blueskyweb.xyz

メールアドレス *

MGG00175@nifty.com

**Content requested for removal**

Request Date *

YYYY    MM    DD
2025  /  03  /  17

Content requested for removal (Bluesky URLs) *

https://bsky.app/profile/ikisuginaaaaa1919.bsky.social/post/3lhl3slybps2v

## Infringing Account

ikisuginaaaaa1919.bsky.social

## Please describe how this content infringes on your copyrighted work *

The claimant published illustrations they created on BlueSky using their unique ID, uniuni2325.bsky.social (handle: うにおひさま @uniuni2325.bsky.social). However, the infringer (ID: ikisuginaaaaa1919.bsky.social) has unlawfully reproduced the claimant's illustrations without permission. The infringer misappropriated the illustrations by using them as their own BlueSky background image or by attaching them to their own posts on BlueSky. As a result, the infringer has violated the claimant's copyright on six illustrations, and we request their removal.

## **Details of Content**

## Copyright Owner *

My company, organization, or client    ▼

## Type of copyrighted work *

◯    Text

◉    Image/Photo

◯    Video

◯    Other

## Description of Copyrighted work *

Detailed written description of your copyrighted work, a description is required for each individual item you are requesting a copyright action for.

Each illustration was created by the claimant using their personal computer at home and was first published when posted on BlueSky. The copyright for each illustration belongs to the claimant.

## Published links to original content showing ownership

https://bsky.app/profile/uniuni2325.bsky.social/post/3lgkj2qcli22e

## Documentation that shows your copyright ownership (doc, pdf, image)

送信済みファイル

Image　画像2-6 - hirotaka fujiwara.png

## Your personal information

This information is legally required to process a copyright complaint

## Your name *

Hirotaka　Fujiwara

## Your Bluesky handle

No

## Phone number *

81+335978702

## Country *



Japan

**Street Address** *

2-3-22   toranomon

**City** *

Minatoku

**State or Province**

Tokyo

**Zip Code**

105-0001

**Legal requirements** *

☑   The information in this notice is accurate, and I may be liable for any damages including costs and attorney fees if I make a misrepresentation of infringement

☑   I have a good faith belief that the use of the copyrighted information is not authorized by the copyright owner, agent, or law

☑   I understand that abuse of this tool, such as submitting removal requests for content I do not own, may result in termination of my Bluesky Account

**Signature** *

Please electronically sign by typing your full legal name here:

Hirotaka   Fujiwara

独自の Google フォームを作成

Does this form look suspicious? レポート

----------------------- Original Message -----------------------
From:    Google フォーム <forms-receipts-noreply@google.com>
To:      MGG00175@nifty.com
Date:    Fri, 18 Apr 2025 01:14:18 +0000
Subject: Copyright Request Bluesky

----

Google Forms

『Copyright Request
Bluesky』にご記入いただきありがとうございます

フォームの回答

回答を編集

# Copyright Request Bluesky

If your copyrighted work
was posted to Bluesky without your authorization, you can submit a copyright
removal request to request that the content be removed. Submitting a copyright
request is a legal process.?

Your contact information is required as part of a valid copyright notice,
and your information may be shared with the person making the claim. We will
attempt to keep your information confidential unless requested as part of a
legal process.?

If you have any concerns, or issues, please email
ip@blueskyweb.xyz

メールアドレス *

MGG00175@nifty.com

**Content
requested for removal**

Request
Date *

YYYY    MM    DD

2025  /  04  /  18

Content
requested for removal (Bluesky URLs) *

https://bsky.app/profile/dokodokodoko.bsky.social/post/3lkh64xz6cc2c

Infringing
Account

dokodokodoko.bsky.social?

Please
describe how this content infringes on your copyrighted work *

The
claimant published illustrations she created on X.com using their unique ID, kedarakefuwako(うにおひさまのXアカウント). However, the infringer (ID: dokodokodoko.bsky.social?) has unlawfully reproduced the claimant's illustrations without permission.

**Details
of Content**

Copyright
Owner *

My company, organization, or client ▾

Type
of copyrighted work
*

◯ Text

◉ Image/Photo

◯ Video

◯ Other

Description
of Copyrighted work *

Detailed
written description of your copyrighted work, a description is required for each individual item you are requesting a copyright action for.

Each
illustration was created by the claimant using their personal computer at home and was first published when posted on X.com. The copyright for each illustration belongs to the claimant.

Published
links to original content showing ownership

https://x.com/kedarakefuwako/status/1845738685473710528/photo/1

Documentation
that shows your copyright ownership (doc, pdf, image)

送信済みファイル

| | GIF1 - hirotaka fujiwara.gif |

| | GIF2 - hirotaka fujiwara.gif |

**Your
personal information**
This
information is legally required to process a copyright complaint

Your
name *

Hirotaka   Fujiwara

Your
Bluesky handle

No

Phone
number *

81+335978702

Country *

Japan ▾

Street
Address *

2-3-22　toranomon

City *

Minatoku

State
or Province

Tokyo

Zip
Code

105-0001

**Legal
requirements**
*

☑ The information in this notice is accurate, and I may be liable for any damages including costs and attorney fees if I make a misrepresentation of infringement

☑ I have a good faith belief that the use of the copyrighted information is not authorized by the copyright owner, agent, or law

☑ I understand that abuse of this tool, such as submitting removal requests for content I do not own, may result in termination of my Bluesky Account

**Signature** *
Please
electronically sign by typing your full legal name here:

Hirotaka　Fujiwara

独自の Google フォームを作成
このフォームが不審だと思われる場合 報告

--------------------- Original Message Ends ---------------------