| | |
|---|---|
| **From:** | Shaunta Knibb <Shaunta@smythlaw.com> |
| **Sent:** | Monday, May 12, 2025 12:19 PM |
| **To:** | WAWDdb_NewCasesSea |
| **Cc:** | Admin |
| **Subject:** | Application for DMCA Subpoena (Miscellaneous Case) |
| **Attachments:** | Application for DMCA Subpoena Issuance.pdf; Declaration with Exhibit 1 Attached.pdf; Proposed Order With Attached Subpoena.pdf; Civil Case Cover Sheet signed.pdf |

**Categories:**

**CAUTION - EXTERNAL:**

Hello:

Attached are the following documents, which request issuance of a DMCA subpoena to a service provider (Bluesky Social, PNC) located in Seattle, Washington to identify the owner of certain accounts that have allegedly used the applicant's illustrations without authorization.

1. Civil Case Cover Sheet
2. Application
3. Declaration
4. Proposed Order with the proposed subpoena attached

The service provider identified in the Application has a designated agent listed with the U.S. Copyright Office. The Digital Millennium Copyright Act provides that the clerk of the court may issue the subpoena but to ensure that the subpoena will be issued, we have included a proposed order along with the application should an order be required to be issued by the court. For that reason, we included a note for motion designation on the Application.

It is our understanding that we are to submit the documents to you and that you will file them and then we will pay the filing fee electronically upon receipt of the cause number.

If you require any additional information or have any questions, please let us know.

Thank you.

Best regards,

Shaunta Knibb

Smyth & Mason, PLLC
1000 Second Ave., Suite 3340
Seattle, WA 98104
P (206) 621-7100
Direct: 206-386-8044

1